UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SANDRA COLEMAN, )
)
    Plaintiff, )
)
vs. ) Case No. 4:11CV2131 CDP
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

# **MEMORANDUM AND ORDER**

Plaintiff Sandra Coleman filed this case on December 8, 2011, appealing the denial of her application for Supplemental Security Income. I reversed and remanded the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on February 25, 2013.

Plaintiff now seeks attorney's fees in the amount of $4,472.15 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant has no objection to the payment of the amount requested. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find that plaintiff[1] is entitled to an award in the amount requested.

Accordingly,

---

[1] The fees are payable to plaintiff, not plaintiff's attorney. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 2524 (2010).

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#20] is GRANTED, and defendant shall pay plaintiff $4,472.15 in attorney's fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of April, 2013.